IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLARENCE FRANKLIN                                                                                          PLAINTIFF

vs.                                            Civil No. 6:15-cv-06105

CAROLYN W. COLVIN                                                                                        DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 22nd day of February 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE